IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 8 2018

CASE NO.

5:18-cv-34-BSM-JTR

JAMES W. McCORMACK, CLERK
By: _____ ABu _____
DEP CLERK

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

I..A Name of plaintiff: JAMES W. WINDSOR
ADC# 113913
Address: 2501 STATE FARM Rd Tucker, AR 72168

Name of plaintiff: William YOUNG
ADC# 650486
Address: 2501 State Farm Rd Tucker AR 72168

Name of plaintiff: _____
ADC# _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

.B Name of defendant: Wendy Kelly
Position: Director (ADC)
Place of employment: A.D.C.
Address: PO Box 8707 Pine Bluff 71611

Name of defendant: _____
Position: _____
Place of employment: _____
Address: _____

This case assigned to District Judge Miller
and to Magistrate Judge Ray

Name of defendant: _____
Position: _____

(1-8)

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendant in:

- (Official capacity only)
- Personal capacity only
- Both official and personal capacity

III. Previous Lawsuits

I..B   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

I..C   If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Yes _____   No ✓

- Parties to the previous lawsuit:

Plaintiffs  N/A
_____

Defendants: _____
_____

- Court (if federal court, name the district; if state court, name the county):

N/A

- Docket Number:  N/A

- Name of Judge to whom case was assigned: ___N/A___

- Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

- Approximate date of filing lawsuit: ___N/A___

- Approximate date of disposition: ___N/A___

F. Place of Present confinement: ___Tucker Max Security Unit M.S.U.___

G. At the time of the alleged incident(s), were you:
(Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____
_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes __✓__ No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
Yes __✓__ No _____

If not, why? ___N/A___
_____

VII. Statement of claim
State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any

legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Housing is being used as punishment without due process. Under the law the state is fully aware that the restrictions of any privaleges given to all may only be restricted under the narrow scope of judical review or with proven valid security interest. All other punishment (I.E.) Restrictions are set out in A.R. 831 (Due process) as authorized punitive assessments. Only after an inmate is found guilty (strict guidelines are clearly laid out in 831) can then be imposed upon to appeal throughout all limited in duration ending with all privaleges restored. Now the state knowing the law purposely seek to circumvent the rule of law and due process and punish me as a Class 1 inmate with lose of basic privaleges with no possible valid security interest. Ice cream is not allowed (Available before) shows the petty intent to be punitive. The privalege to spend more than $10.00 per week amounts set by control office at $100.00 for all inmates. Not allowed to me. It seems the state will show the commisary used in its proper manner is a valid security threat. I (fellow inmates as well) are being discriminated against as a Class: I have violated no rules to be punished. please stop the discrimination. We seek equality under the law. We would injunction relief

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

expressed to the A.D.C. our equality under the law that descrimination is unConstitutional against me and my fellow inmates.

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.

Executed on this __13__ day of __Dec__, 20__17__.

SEE ATT: (2-4) Related Claims

_James Judson_
_W. Young_

Signature(s) of Plaintiff(s)

Revised 05/02/05

STATE OF ARKANSAS        )
                         )§
COUNTY OF _____ )

## AFFIDAVIT

I, ___'_____, after first being duly sworn, do hereby swear, depose and state that:

(ATTN:) Related Claims;
2.) Not allowed to access technology that other inmates of same class get to use such as tablets. (no valid security threat posed.)
3.) Being made to leave cell's cuffed and shackled wearing only boxer shorts (after strip search) to shower. Left to shiver in shower stalls for hours at times (winter season), not allowed to wear shirt. Cruel and unusual punishment.
4.) Not allowed to enter any holiday contests not requiring inmate movement; Bingo, etc.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_____           _____
         DATE                              AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this_____day of _____, 20____.

                                  _____
                                       NOTARY PUBLIC

My commission expires:_____.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: MSU
Name: J. Windsor
ADC#: 173913    Brks #: 8-5    Job Assignment: Restrictive Housing

RECEIVED NOV 30 2017 INMATE GRIEVANCE SUPERVISOR ADMINISTRATION

FOR OFFICE USE ONLY
GRV. #: MX-17-1918
Date Received: 11/7/17
GRV. Code #: 305

11-6-17 (Date) STEP ONE: Informal Resolution

11-6-17 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Response state they will continue to violate the 8th Amend. Equal protecting an Due process Knowingly

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? N/A If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

Housing used as punishment without due process under the law. The state is fully aware that the Restriction of any privilege given to all. Must under the 8th Amendments "equal protection clause". Be free of descrimination. Except under the narrow scope of judicial review to provide "valid" security interest. All other Restriction are set out in the A.R. 831. (due process) As authorized "Punishments". Rule violations if found guilty, and after strict guidelines clearly layed down in 831. Can Restrictions be imposed, open to appeal throughout. All limited in duration. Ending with all privileges restored. Now the state Knowing the law, purposely seek to circumvent the rule of law & Due process and punish me as Class (I) inmate "lose of privileges" with No possible valid security interest. (EX) ICE CREAM is not allowed in "Restrictive Housing (this on its face is Petty) the privilege to spend more then "70°" per week (Amounts set by central office for set) Not allow to me. Now it seems the state will show its own commissary used in a proper manner, as a valid threat to security? I violated no Rules to be Housed Restrictivly. Please Stop the Discrimination now please.

Inmate Signature: James Windsor    Date: 11-6-17

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 11-6-17 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date _____

R. FARVER    6155    Sgt R. Farver    11-6-17
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: Policy dictates what inmates can have while housed on Restrictive Housing. We will continue to abide by policy until it is changed.

Staff Signature & Date Returned [No staff signature]    Inmate Signature & Date Received James Windsor 11-8-17

This form was received on 11-7-17 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: Sgt R. Farver    Date: 11-7-17
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____    Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

INTEREST

IGTT410            Attachment III
3GS

INMATE NAME: Windsor, James W.     ADC #: 113913A     GRIEVANCE #: MX-17-01918

### WARDEN/CENTER SUPERVISOR'S DECISION

*[Handwritten annotations: "PROVEN", "THEN Be", "discremenation (Judge stated)", "14th amend", "with", "this is on its (OR state)"]*

I have reviewed your grievance. You state the following: "Housing used as punishment without due process under the law. The state is fully aware that the restriction, if any privilege given to all. Must under the 8th amendments equal protection clause. Be free of ~~documentation~~ except under the narrow scope of judicial review. With provide valid security intrest all other restriction are set out in the AR 831(due process) as authorized punishments. Rule Violations if found guilty, and after strict guidelines clearly layed down in 831, can restriction ~~them~~ be imposed, open to appeal through out. All limited in duration, ending with all privileges restored. Now the state knowing the law purposely seek to circumvent the rule of law and due process and punish me a class I inmate w/ lose of privileges with no possible valid security interest, ice cream is not allowed this is/its face petty, the privilege to spend more than 10.00 per week amounts set by central office for all. not allow to me. Now it seems the state will show its ~~our~~ own commissary, used in a proper(~~end of allotted space~~)."

*[Handwritten: "manner. As a valid security threat I violated no rules to be Housed restrictively stop the discremindation / please —"]*

The Restrictive Housing policy clearly states inmates are only allowed to spend $10 for Commissary. Items not allowed while housed in Restrictive Housing include ice cream. We will continue to uphold this policy until a change is made. Therefore, I find this grievance to be without merit.

_G. Culclager_         _Warden_      11/14/17
Signature of Warden/Supervisor or Designee    Title      Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? *The state does not show valid security intrest. To restrict base privilige from me. We seek to change policy. To stop the discremelation*

*James Windsor*

RECEIVED

NOV 3 0 2017

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Windsor, James W.    ADC #: 113913    GRIEVANCE#:MX-17-01918

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION** *~INTEREST~*, Discrimination

On 11/6/17, you stated the following complaint: "Housing used as punishment without due process under the law. The state is fully aware that the restriction, if any privilege given to all. Must under the 8th amendments equal protection clause. Be free of ~desegre~ntation except under the narrow scope of judicial review. With provine valid security intresut all other restriction are set out in the AR 831(due process) as authorized punishments. Rule Violations if found guilty, and after strict guidelines clearly layed down in 831 can restriction the imposed (open to appeal through out.) All limited in duration, ending with all privileges restored. Now the state knowing the law purposely seek to circumvent the rule of law and due process and punish me a class I inmate w/ lose of privileges with no possible valid security interest ice cream is not allowed thsi is its face petty the privilege to spend more than 10.00 per week amounts set by central office for all. not allow to me. Now it seems the state will show its our commissary, used in a proper(end of allotted space)"

The Warden responded to your grievance on 11/14/17 by stating the following: "The Restrictive Housing policy clearly states inmates are only allowed to spend $10 for Commissary. Items not allowed while housed in Restrictive Housing include ice cream. We will continue to uphold this policy until a change is made. Therefore, I find this grievance to be without merit."

Your appeal was received on 11/30/17. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____    12-6-17
Director                 Date

The State seeks to Discriminate by 'Class' My Tribe of individuals as (I am) a class, is asking the Court for 'equality' under the law basic right given to all inmates (not in violation of rule outlined in due process (831).) The 14th Amendment

IGTT430                                  Page 1 of 1

_____     _113913_     _11-18-17_
Inmate Signature                     ADC#          Date

RECEIVED

NOV 3 0 2017

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING